# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **MELANIE BRYANT,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-02468-JWL-KMH |
| | ) | |
| v. | ) | Judge Lungstrom |
| | ) | Magistrate Judge Humphreys |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** January 31, 2012

| **For Plaintiff,** | **For Defendant,** |
|---|---|
| **Melanie Bryant** | **Portfolio Recovery Associates, LLC.** |
| /s D. Matthew Durgin | /s with consent Benjamin N. Hutnick |
| LARRY P. SMITH & ASSOCIATES, LTD. | BERMAN & RABIN |
| 8508 W 90th Terrace | 15280 Metcalf Ave. |
| Overland Park, KS 66212 | Overland Park, KS 66223 |
| Telephone: (913) 908-2313 | Telephone: (913) 982-0345 |
| Facsimile: (888) 418-1277 | Facsimile: (913) 652-9474 |
| E-Mail: mdurgin@smithlaw.us | E-Mail: bhutnick@bermanrabin.com |